1  Russell P. Cohen (CA SBN 213105)
   **DECHERT LLP**
2  45 Fremont Street, 26th Floor
   San Francisco, CA 94105
3  (415) 262-4500
   russ.cohen@dechert.com
4
   *Attorney for Defendant JND Legal Administration*
5

6                    UNITED STATES DISTRICT COURT

7                   NORTHERN DISTRICT OF CALIFORNIA

8

9  | NICOLE RIEGER, individually and on behalf of all others similarly situated, Plaintiffs, | Case No. 3:25-cv-04793-JSC |
   |---|---|
   | v. | **DEFENDANT JND LEGAL ADMINISTRATION'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |
   | EPIQ SYSTEMS, INC., ANGEION GROUP LLC, JND LEGAL ADMINISTRATION, KROLL SETTLEMENT ADMINISTRATION LLC, HUNTINGTON NATIONAL BANK, WESTERN ALLIANCE BANK, and DOES 1-20, | |
   | Defendants. | The Hon. Jacqueline Scott Corley |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil L.R. 3-15, Defendant JND Holdings LLC (dba JND Legal Administration) hereby certifies by and through its undersigned counsel that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a nonfinancial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. JND Holdings LLC
2. Sedgwick Claims Management Services, Inc.
3. The Carlyle Group
4. Onex Corporation

Defendant JND Holdings LLC (dba JND Legal Administration) is a Delaware Limited Liability Company with a principal place of business in Seattle, Washington. JND Holdings LLC is a private corporation owned by Sedgwick Claims Management Services, Inc.

Publicly held corporations owning 10% or more of parent companies of Sedgwick Claims Management Services, Inc. include The Carlyle Group, a New York investment firm that is publicly traded on the New York Stock Exchange under the symbol CG; and/or Onex Corporation, which is publicly traded on the Toronto Stock Exchange under the symbol ONEX.

These representations are made to enable the Court to evaluate possible disqualification or recusal. JND Legal Administration reserves its right to supplement this Certificate subject to the discovery of any applicable additional information as this case proceeds. A supplemental disclosure statement will be filed upon any change in the information provided herein.

| | |
|---|---|
| Dated: July 21, 2025 | Respectfully submitted, |
| | */s/ Russell P. Cohen* |
| | Russell P. Cohen (CA SBN 213105) |
| | **DECHERT LLP** |
| | 45 Fremont Street, 26th Floor |
| | San Francisco, CA 94105 |
| | (415) 262-4506 |
| | russ.cohen@dechert.com |
| | |
| | *Attorney for JND Legal Administration* |

**CERTIFICATE OF SERVICE**

I, Russell P. Cohen, hereby certify that, on July 21, 2025, I caused the foregoing Corporate Disclosure Statement and Certificate of Conflicts and Interested Entities or Persons to be filed via the Court's Case Management/Electronic Case Files (CM/ECF) system, and that participants in the case that are registered CM/ECF users will be served electronically by the CM/ECF system.

I further certify that a copy of the foregoing documents was mailed via FedEx to the parties listed below:

- Brian C. Rocca, Morgan Lewis & Bockius LLP, One Market, Spear Tower, San Francisco, CA 94105-1596 (Counsel for Angeion Group LLC)
- Sonal N. Mehta, WilmerHale, 2600 El Camino Real, Suite 400, Palo Alto, CA 94306 (Counsel for Epiq Systems, Inc.)
- Scott M. Ahmad, 35 W. Wacker Drive, Chicago, IL 60601 (Counsel for Kroll Settlement Administration LLC)
- Huntington National Bank, 17 South High Street, Columbus, Ohio 43215

Dated: July 21, 2025                    Respectfully submitted,

*/s/ Russell P. Cohen*
Russell P. Cohen (CA SBN 213105)

*Attorney for JND Legal Administration*