UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE RIEGER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EPIQ SYSTEMS, INC., ANGEION GROUP LLC, JND LEGAL ADMINISTRATION, KROLL SETTLEMENT ADMINISTRATION LLC, HUNTINGTON NATIONAL BANK, WESTERN ALLIANCE BANK, and DOES 1-20,<br><br>Defendants. | Case No. 25-cv-04793-JSC<br><br>**ORDER RE: MOTION TO ENLARGE TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO COMPLAINT, CONTINUE INITIAL CASE MANAGEMENT CONFERENCE, AND EXTEND RELATED DEADLINES**<br><br>Re: Dkt. No. 45 |

On August 27, 2025, Defendants filed a motion to enlarge time to answer, move, or otherwise respond to complaint, continue the initial case management conference, and extend related deadlines pending the JPML's decision in *Baker v. Angeion Group, LLC, et al.*, No. 2:23-cv-02079-KBH (E.D. Pa.). (Dkt. No. 45.) Plaintiff shall file a response to Defendants' motion by September 5, 2025, and Defendants' reply is due September 12, 2025. The Court will then take the motion under submission. All outstanding deadlines in the above-captioned case, including Defendants' deadline to answer, move to dismiss, or otherwise respond to the complaint, are stayed pending the Court's ruling on this motion.

**IT IS SO ORDERED.**

Dated: August 27, 2025

_____
JACQUELINE SCOTT CORLEY
United States District Judge