**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NICOLE RIEGER, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>        v.<br><br>EPIQ SYSTEMS, INC., ANGEION GROUP LLC, JND LEGAL ADMINISTRATION, KROLL SETTLEMENT ADMINISTRATION LLC, HUNTINGTON NATIONAL BANK, WESTERN ALLIANCE BANK, and DOES 1-20,<br><br>                    Defendants. | Case No. 3:25-cv-04793-JSC<br><br>**[**~~P~~**ROPOSED**~~]~~ **ORDER TO STAY OR EXTEND TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO COMPLAINT, CONTINUE INITIAL CASE MANAGEMENT CONFERENCE, AND EXTEND RELATED DEADLINES**<br><br>The Hon. Jacqueline Scott Corley<br>Courtroom 8 |

SULLIVAN & CROMWELL LLP

1

[~~PROPOSED~~] ORDER TO STAY OR EXTEND TIME TO RESPOND TO COMPLAINT AND TO CONTINUE INITIAL CMC AND RELATED DEADLINES
CASE NO. 3:25-CV-04793-JSC

**[PROPOSED] ORDER**

Having considered the Parties' joint stipulation, IT IS HEREBY ORDERED THAT:

All outstanding deadlines in the above-captioned case, including Defendants' deadline to answer, move to dismiss, or otherwise respond to the Complaint, are stayed pending the JPML's decision on the *Baker* Plaintiffs' Judicial Panel on Multidistrict Litigation ("JPML") Motion.

If the JPML grants the *Baker* Plaintiffs' JPML Motion and the matter is consolidated before this Court, Defendants will have 60 days after the filing of a consolidated complaint to answer or otherwise respond to the consolidated complaint.

If the JPML denies the *Baker* Plaintiffs' JPML Motion, Defendants will have 45 days from the date of such order to respond to the Complaint.

The Initial Case Management Conference scheduled for September 24, 2025 is vacated and continued.

If the matter is consolidated before this Court or if the JPML denies the *Baker* Plaintiffs' JPML Motion, within 14 days thereafter, the Parties shall jointly propose new deadlines to file an ADR Certification and provide Initial Disclosures, and will propose a new date for the Initial Case Management Conference, which will trigger new deadlines to complete the Rule 26(f) Meet and Confer and file a Joint Case Management Conference Statement.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED: September 8, 2025

_____
Hon. Jacqueline Scott Corley
United States District Judge

SULLIVAN & CROMWELL LLP

2

[Proposed] Order To Stay or Extend Time To Respond To Complaint and To Continue Initial CMC and Related Deadlines
Case No. 3:25-cv-04793-JSC